**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   **19-cr-245-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER LYMAN,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

From in or about November 2018 through in or about May 2019, in the State and District of Colorado, the defendant, CHRISTOPHER LYMAN, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, that is, the manufacture, importation, sale, or distribution of a controlled substance, knowingly conducted financial transactions involving property represented by a law enforcement officer to be the proceeds of specified unlawful activity, that is, the manufacture, importation, sale, or distribution of a controlled substance.

All in violation of Title 18, United States Code, Section 1956(a)(3)(B).

**COUNT 2**

From in or about November 2018 through in or about May 2019, in the State and District of Colorado, the defendant, CHRISTOPHER LYMAN, knowingly conducted, controlled, managed, supervised, directed, and owned an unlicensed money transmitting business affecting interstate and foreign commerce, namely, a digital currency exchange business, that (1) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations thereunder, and (2) involved the transportation and transmission of funds that were known to the defendant to have been derived from a criminal offense and were intended to be used to promote and support unlawful activity.

All in violation of Title 18, United States Code, Sections 1960(a), (b)(1)(B), and (b)(1)(C).

## Forfeiture Allegation

As a result of committing the violations of Title 18, United States Code, Section 1956(a)(3)(B) and Title 18, United States Code, Sections 1960(a), (b)(1)(B), and (b)(1)(C), alleged in Counts One and Two of this Indictment, the defendant, CHRISTOPHER LYMAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offenses alleged in Counts One and Two and all property traceable to such property.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred to sold to or deposited with a third person;
- C. has been placed beyond the jurisdiction of this Court;
- D. has been substantially diminished in value; or
- E. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c).

                                    A TRUE BILL:

                                    <u>Ink signature on file in Clerk's Office</u>
                                    FOREPERSON

JASON R. DUNN
United States Attorney

By:   <u>s/Andrea Surratt</u>
      Andrea Surratt
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste. 1600
      Denver, CO 80202
      Telephone: 303-454-0200
      Fax:  303-454-0406
      E-mail: andrea.surratt@usdoj.gov
      Attorney for Government