| | |
|---|---|
| DEFENDANT: | Christopher Lyman |
| AGE/YOB: | 1967 |
| COMPLAINT FILED? | _____ Yes   ___x____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _x_ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count One: 18 U.S.C. § 1956(a)(3)(B) (money laundering)<br><br>County Two: 18 U.S.C. § 1960(a) and (b)(1)(B) (unlicensed money transmitting business) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | Count One: NMT 20 years' imprisonment; NMT 3 years' SR; NMT $250,000 fine or twice the gain/loss from the offense; $100 SA<br><br>Count Two: NMT 5 years' imprisonment; NMT 1 year SR; NMT NMT $250,000 fine or twice the gain/loss from the offense; $100 SA |
| AGENT: | Casey Cooper<br>DEA Special Agent |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.

1