AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
|  | ) Case No. 19-cr-245-WJM |
|  | ) |
| 1. CHRISTOPHER LYMAN | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER LYMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1956(a)(3)(B)
Title 18, United States Code, Sections 1960(a), (b)(1)(B), and (b)(1)(C)

Date: 5/21/2019

*Issuing officer's signature:* s/ A. Garcia Garcia - Deputy Clerk

City and state: Denver, Colorado

*Printed name and title:* Jeffrey P. Colwell - Clerk of Court

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*