IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 19-CR-00245-WJM

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LYMAN

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT CHRIS LYMAN
---

COMES NOW the undersigned, a member of the bar of this Court, and hereby enters an appearance as counsel for the above-named Defendant, Chris Lyman.

Dated this 18th day of June 2019.

**AVISO LAW LLC**

*/s/Ryan S. Coward*
Ryan S. Coward, #38906
618 N. Tejon St.
Colorado Springs, CO 80903
Telephone: (719) 247-3111
Fax: (719) 297-3814
E-Mail:  ryan@avisolawllc.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 18th day of June 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT CHRIS LYMAN** via CM/ECF.

        */s/Ryan Coward*
        Ryan Coward