AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
6/19/2019
JEFFREY P. COLWELL, CLERK

United States of America
v.

1. CHRISTOPHER LYMAN

*Defendant*

Case No. 19-cr-245-WJM

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHRISTOPHER LYMAN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1956(a)(3)(B)
Title 18, United States Code, Sections 1960(a), (b)(1)(B), and (b)(1)(C)

Date: 5/21/2019

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 5-22-19, and the person was arrested on *(date)* 6-18-19
at *(city and state)* Denver, CO.

Date: 6-18-19

*Arresting officer's signature*

Kellon Hassenstab, TFO
*Printed name and title*