IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-245-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER LYMAN,

        Defendant.
_____

**UNITED STATES' FIRST BILL OF PARTICULARS**
**FOR FORFEITURE OF PROPERTY**
_____

        COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Andrea Surratt, and hereby files the following First Bill of Particulars:

        1.    In the Forfeiture Allegation on Page 2 of the Indictment returned on May 21, 2019, the United States alleged that, pursuant to 18 U.S.C. § 982(a)(1), it would seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, from the commission of the offenses alleged in Counts One and Two of the Indictment.

        2.    Accordingly, the United States gives notice that as a result of the violations of 18 U.S.C. §§ 1956(a)(3)(B), 1960(a), and 1960(b)(1)(B), as alleged in Counts One and Two of the Indictment, and by this reference fully incorporated herein, the United States seeks forfeiture of the defendants' interest in the following:

1

      a. 6.75787997 Bitcoins; and

      b. $7,700.00 in United States currency.

DATED this 31st day of October 2019.

                                      Respectfully submitted,

                                      JASON R. DUNN
                                      United States Attorney

                                      By: *s/Andrea Surratt*
                                      Andrea Surratt
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1801 California Street, Ste. 1600
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0200
                                      Fax: (303) 454-0406
                                      E-mail: andrea.surratt@usdoj.gov
                                      *Attorney for Government*