## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No. 19-CR-00245-WJM

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LYMAN

_____

### NOTICE OF DISPOSITION
_____

     Defendant, Christopher Lyman, by and through his undersigned counsel, hereby provides notice that he and the government have agreed to a disposition in the above case. Accordingly, he requests that this matter be set for a change of plea hearing. There are currently no motions pending.

     Dated this 20th day of February, 2020.

                                                 **AVISO LAW LLC.**

                                                 */s/Ryan S. Coward*
                                               Ryan S. Coward, #38906
                                               618 N. Tejon St.
                                               Colorado Springs, CO 80903
                                               Telephone: (719) 247-3111
                                               E-Mail:  ryan@avisolawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of Febriaru, 2020, I electronically filed the foregoing **NOTICE OF DISPOSITION** via CM/ECF.

                                                */s/Ryan Coward*
                                                Ryan Coward