IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 19-cr-00245-WJM

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LYMAN

_____

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**
_____

COMES NOW the undersigned, on behalf of the Defendant, Mr. Christopher Lyman, and requests that the Court continue the change of plea hearing. In support thereof, Mr. Lyman states as follows:

### Conferral

Undersigned counsel has conferred with the Government who does not oppose the relief requested herein.

### Facts

1. Mr. Lyman was indicted for Money Laundering in violation of 18 U.S.C. §1956(a)(3)(B) and Operating an Unlicensed Money Transmitting Business in violation of 18 U.S.C. § 1960.

2. On February 20, 2020, the Defense provided notice to the court that a disposition had been reached in the case. Subsequently, the Court scheduled a change of plea hearing for March 25, 2020.

3. Undersigned counsel is scheduled to undergo ACL surgery on March 19, 2020. Based upon the surgeon's recommendation, counsel should not appear in court for at least seven to ten (7-10) days following surgery due to the possibility of being on pain medication. Because the change of plea hearing is scheduled during this window, it is necessary to reschedule the change of plea hearing.

4. In order to accommodate the schedule of Government and Defense Counsel, as well as the court's docket, the parties request that counsel be permitted to contact the court's chambers in order to schedule a change of plea date that works for all parties.

WHEREFORE, Mr. Lyman respectfully requests that the Court continue the change of plea hearing and permit counsel to contact chambers for the purposes of rescheduling the hearing.

Dated this 6th day of March 2019.

**AVISO LAW LLC**

*/s/Ryan S. Coward*
Ryan S. Coward, #38906
618 N. Tejon St.
Colorado Springs, CO 80903
Telephone: (719) 247-3111
Fax: (719) 297-3814
E-Mail:  ryan@avisolawllc.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** via CM/ECF.

<u>*/s/Ryan Coward*</u>
Ryan Coward