IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 19-cr-00245-WJM

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LYMAN

___

**UNOPPOSED SECOND MOTION TO CONTINUE CHANGE OF PLEA HEARING**
___

COMES NOW the undersigned, on behalf of the Defendant, Mr. Christopher Lyman, and requests that the Court continue the change of plea hearing. In support thereof, Mr. Lyman states as follows:

**Conferral**

Undersigned counsel has conferred with the Government who does not oppose the relief requested herein.

**Facts**

1. Mr. Lyman was indicted for Money Laundering in violation of 18 U.S.C. §1956(a)(3)(B) and Operating an Unlicensed Money Transmitting Business in violation of 18 U.S.C. § 1960.

2. On February 20, 2020, the Defense provided notice to the court that a disposition had been reached in the case. Subsequently, the Court scheduled a change of plea hearing for March 25, 2020.

2

3. Undersigned counsel requested that this hearing be rescheduled due to an upcoming ACL surgery. The court granted this request and rescheduled the hearing for April 6, 2020. Unfortunately, undersigned counsel has a conflict on this date. Prior to the change of plea hearing being scheduled for this date, undersigned counsel was previously scheduled to participate in a two-day motions hearing in the case of *United States v. Robinson*, a court-martial at Peterson Air Force Base. It is not possible to reschedule this hearing because the Military Judge and Government Counsel are flying to Colorado from the east coast specifically for the purposes of this hearing. As such, the Defense requests that the change of plea hearing in this case be set for one of the following dates (all of which have been cleared by both the Defense and Government):

   April 10, 2020 (any time)

   April 14, 2020 (1:00 PM or after)

   April 16, 2020 (2:00 PM or after)

   April 17, 2020 (1:00 PM or after)

Counsel for the Defense and Government can provide additional availability if needed.

WHEREFORE, Mr. Lyman respectfully requests that the Court continue the change of plea hearing and reschedule the hearing for one of the above times.

Dated this 11th day of March 2019.

        **AVISO LAW LLC**

        */s/Ryan S. Coward*
        Ryan S. Coward, #38906
        618 N. Tejon St.
        Colorado Springs, CO 80903
        Telephone: (719) 247-3111
        Fax: (719) 297-3814
        E-Mail: ryan@avisolawllc.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of March 2019, I electronically filed the foregoing **UNOPPOSED SECOND MOTION TO CONTINUE CHANGE OF PLEA HEARING** via CM/ECF.

                                             */s/Ryan Coward*
                                             Ryan Coward