


..ıl Verizon LTE    1:54 PM    97%

 Oct 19 - Oct 26 ⌄    

‹    **$632.68**    ›


$198.92



| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| Mon | Tue | Wed | Thu | Fri | Sat | Sun |

## Stats

| Online | Trips | Points |
|---|---|---|
| 30h 5m | 58 | 114 |

How we calculate stats

## Breakdown

| Net Fare | $591.68 |
|---|---|
| Tip | $41.00 |
| Total Earnings | $632.68 |

Case No. 1:19-cr-00245-WJM   Document 40-1   filed 10/28/20   USDC Colorado   pg 2 of 5



Oct 12 - Oct 19



**$827.00**

$214.11

| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|
| Mon | Tue | Wed | Thu | Fri | Sat | Sun |

## Stats

| Online | Trips | Points |
|---|---|---|
| 35h 33m | 63 | 143 |

How we calculate stats

## Breakdown

| Net Fare | $745.12 |
|---|---|
| Promotions | $6.25 |
| Tip | $75.63 |
| Total Earnings | $827.00 |

Exhibit A                                                                      2 of 5



## Stats

| Online | Trips | Points |
|---|---|---|
| 46h 27m | 88 | 170 |

How we calculate stats

## Breakdown

| | |
|---|---|
| Net Fare | $892.11 |
| Promotions | $14.00 |
| Other earnings | $2.24 |
| Tip | $82.64 |

← Sep 28 - Oct 5 ⌄

‹ **$1,156.79** ›

$257.22

| 28 Mon | 29 Tue | 30 Wed | 1 Thu | 2 Fri | 3 Sat | 4 Sun |

## Stats

| Online | Trips | Points |
|---|---|---|
| 50h 49m | 99 | 285 |

How we calculate stats

## Breakdown

| Net Fare | $1,046.95 |
|---|---|
| Promotions | $9.31 |
| Tip | $100.53 |
| Total Earnings | $1,156.79 |



## Stats

| Online | Trips | Points |
|---|---|---|
| 34h 6m | 65 | 133 |

How we calculate stats

## Breakdown

| Net Fare | $744.70 |
|---|---|
| Promotions | $37.28 |
| Tip | $89.88 |
| Total Earnings | $871.86 |