IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-245-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER LYMAN,

    Defendant.

_____

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS NO. 42 & 43
_____

    The United States of America, by District of Colorado United States Attorney Jason R. Dunn, through Assistant United States Attorney Andrea Surratt, respectfully moves to restrict Documents No. 42 & 43, any order revealing the contents of those documents, for the reasons stated in the brief filed in support of this motion (Doc #43). The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Dated this 4th day of November, 2020.

                              Respectfully submitted,

                              JASON R. DUNN
                              United States Attorney

By:   *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov