**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-245-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER LYMAN,

       Defendant.

---

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 10th day of November, 2020.

                            JASON R. DUNN
                            United States Attorney

                            s/ *Tonya S. Andrews*
                            Tonya S. Andrews
                            Assistant United States Attorney
                            United States Attorney's Office
                            1801 California Street, Suite 1600
                            Denver, Colorado 80202
                            Telephone: 303-454-0100
                            Fax: 303-454-0405
                            Email: tonya.andrews@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ Jasmine Zachariah
FSA Data Analyst
U.S. Attorney's Office
