IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-245-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER LYMAN,

        Defendant.
_____

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to 18 U.S.C. § 982(a)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure, moves this Court to enter a Preliminary Order of Forfeiture.

1. On May 21, 2019, the grand jury charged defendant Christopher Lyman, by Indictment in Count One, with intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be proceeds of specified unlawful activity, a violation of 18 U.S.C. § 1956(a)(3)(B), and in Count Two, with conducting , controlling, managing, supervising, and directing an unlicensed money transmitting business affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 1960(a), (b)(1)(B), and (b)(1)(C).  (Doc. 1).

2. The United States also sought forfeiture from defendant Christopher Lyman, pursuant to 18 U.S.C. § 982(a)(1), of any and all of the defendant's right, title and

interest in all property involved in the offenses in Counts One and Two, and in all property traceable to such property, including $7,700.00 in United States currency, and 6.75787997 Bitcoins, identified in the United States' First Bill of Particulars. (Doc. 23).

3. On June 18, 2020, the United States and defendant Christopher Lyman entered into a Plea Agreement. (Doc. 37). The Plea Agreement provides, *inter alia*, that the defendant agreed to plead guilty to Count One of an Information (Doc. 34), charging a violation of 18 U.S.C. §§ 1960(a) and (b)(1)(B). The defendant also agreed to the forfeiture of all assets identified in the First Bill of Particulars.

4. Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court must determine what property is subject to forfeiture under 18 U.S.C. § 982(a)(1) as soon as practicable after a plea of guilty. Once the property is determined to be subject to forfeiture, the Court must promptly enter a Preliminary Order of Forfeiture. Fed. R. Crim. P. 32.2(b)(2)(A).

5. It is mandatory that the Preliminary Order of Forfeiture is entered "sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant." Fed. R. Crim. P. 32.2(b)(2)(B).

6. As set forth in the Plea Agreement, the defendant agrees that the requisite nexus exists between the specific property subject to forfeiture and the offense to which the defendant pleaded guilty. Specifically, defendant Lyman gave the subject Bitcoin in furtherance of a money laundering transaction with an undercover officer. In addition, defendant Lyman had previously received cash from the undercover officer that was

represented to be drug proceeds. Accordingly, the defendant's interest in the $7,700.00 in United States currency, and 6.75787997 Bitcoins is subject to forfeiture to the United States pursuant to 18 U.S.C. § 982(a)(1).

7.   A Preliminary Order of Forfeiture is necessary in order for the United States to seize the property subject to forfeiture.  In addition, 21 U.S.C. § 853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property.  The United States cannot accomplish the seizure, notice, and publication without a Preliminary Order of Forfeiture.

WHEREFORE, the United States moves this Court to enter the Preliminary Order of Forfeiture tendered herewith, for the reasons set forth above.

DATED this 10th day of November 2020.

          Respectfully submitted,

          JASON R. DUNN
          United States Attorney

By:   s/ Tony*a S. Andrews*
       Tonya S. Andrews
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: tonya.andrews@usdoj.gov
       *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                                                        s/ *Jasmine Zachariah*
                                                        FSA Paralegal
                                                        U.S. Attorney's Office