IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-245-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTOPHER LYMAN,

      Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 982(a)(1). The Court having read said Motion and being fully advised in the premises finds:

THAT on June 18, 2020, the United States and Defendant Christopher Lyman entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 37).

THAT the requisite nexus exists between the $7,700.00 in United States currency, and 6.75787997 Bitcoins that the United States seeks to forfeit, and Count One of the Information, a violation of 18 U.S.C. §§ 1960(a) and (b)(1)(B), to which Defendant Christopher Lyman has pleaded guilty; and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the property subject to forfeiture and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Motion for Preliminary Order of Forfeiture is GRANTED;

THAT the Defendant's interest the $7,700.00 in United States currency and 6.75787997 Bitcoins is forfeited to the United States, in accordance with 18 U.S.C. § 982(a)(1);

THAT pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1); and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 10th day of November, 2020.

BY THE COURT:

_____
William J. Martínez
United States District Judge