IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                  November 18, 2020
Courtroom Deputy:  Anna Frank
Court Reporter:     Mary George
Probation Officer:  Mallory Coleman

| | |
|---|---|
| Criminal Action No. **19-cr-245-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Andrea Surratt |
|     Plaintiff, | |
| v. | |
| 1. CHRISTOPHER LYMAN, | Ryan Coward |
|     Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:32 a.m.     Court in session.**

Appearances of counsel. Defendant is present on bond.

Defendant sworn.

**ORDERED:** Pursuant to the CARES Act and the District of Colorado's General Orders, this hearing will proceed via videoconference.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Defendant's Objections and Corrections to the PSIR [ECF 40] are sustained and overruled as moot, as stated on the record.

**ORDERED:** The Government's oral motion to dismiss the Indictment is granted. The Indictment is dismissed with prejudice.

**ORDERED:**  The Government's oral motion for an additional one-level reduction for acceptance of responsibility is granted.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:**  Restricted Motion [ECF 42] is granted.

**ORDERED:**  The Defendant's Motion for Non-Guideline Sentence [ECF 45] is denied.

Court's findings and conclusions.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**  Defendant shall be imprisoned for 9 months as to Count 1 of the Information. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 1 year.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

The Court waives the mandatory drug testing provision of 18 U.S.C. § 3563(a)(5).

**ORDERED:**  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**  Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the agreement in the defendant's Plea Agreement, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:**  The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of the community. It is therefore, ordered that the defendant, surrender at the institution

        designated by the Bureau of Prisons on December 30, 2020 by 12:00 p.m. Failure to report will be a new and separate criminal offense.

**ORDERED:**   Defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**11:03 a.m.     Court in recess.**

Total time in court: 1:31

Hearing concluded.