IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00245-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHRISTOPHER LYMAN

        Defendant.

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

      IT IS ORDERED that Defendant, CHRISTOPHER LYMAN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Englewood Satellite Prison Camp, 9595 West Quincy Avenue, Littleton, Colorado 80123, on December 30, 2020, by 12:00 p.m., and will travel at his own expense.

      DATED at Denver, Colorado, this ___18th___ day of December, 2020.

                                  BY THE COURT:

                                  _____
                                  WILLIAM J. MARTINEZ
                                  United States District Judge