IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-245-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER LYMAN,

        Defendant.
_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**
_____

        COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure, moves this Court to enter a Final Order of Forfeiture in this case. In support thereof, the United States submits the following:

        1.     In the Indictment as to defendant Christopher Lyman, the United States sought forfeiture pursuant to 18 U.S.C. § 982(a)(1) of all of the defendant's right, title, and interest in all property constituting or derived from any proceeds obtained directly and indirectly as a result of the offenses, and in all property traceable to such offenses, including $7,700.00 in United States currency and 6.75787997 Bitcoins.  (Doc. 23).

1

2. On June 18, 2020, defendant Christopher Lyman entered into a plea agreement with the United States in which the defendant agreed to forfeit to the United States the following property:

    a. $7,700.00 in United States currency

    b. 6.75787997 Bitcoins

3. Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on November 10, 2020, forfeiting to the United States any and all of defendant Christopher Lyman's right, title and interest in the above-listed assets. (Doc. 53).

4. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

5. Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

6. In addition, the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, from November 11, 2020 to December 10, 2020, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

7. No Verified Statement of Interest or Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture. Therefore, any third parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 982(a)(1).

DATED this 1st day of February 2021.

                    Respectfully submitted,

                    JASON R. DUNN
                    United States Attorney

                    By: s/ *Tonya S. Andrews*
                    Tonya S. Andrews
                    Assistant United States Attorney
                    United States Attorney's Office
                    1801 California Street, Ste. 1600
                    Denver, Colorado 80202
                    Telephone (303) 454-0100
                    E-mail: tonya.andrews@usdoj.gov
                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                    s/ *Jasmine Zachariah*
                    FSA Federal Data Analyst
                    U.S. Attorney's Office