IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-245-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER LYMAN,

       Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

       THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture.  The Court having reviewed said Motion FINDS:

       THAT the United States commenced this action pursuant to 18 U.S.C. § 982(a)(1), as set forth in the Indictment returned on May 21, 2019;

       THAT a Preliminary Order of Forfeiture was entered on November 10, 2020;

       THAT all known interested parties were provided an opportunity to respond and the time for any other third-party to file a petition has expired; and

       THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1).

       NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

       THAT the United States' Motion for Final Order of Forfeiture is GRANTED;

2

THAT judgment of forfeiture of the $7,700.00 in United States currency and 6.75787997 Bitcoins shall enter in favor of the United States, pursuant to 18 U.S.C. § 982(a)(1), free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited $7,700.00 in United States currency and 6.75787997 Bitcoins and may dispose of it in accordance with law.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge